387 A.2d 119

LaPorte, Appellant, v. LaPorte.

Argued December 6, 1977.   William A. George, for appellant;   W. Robert Landis, for appellee.

Decree affirmed.